# UNITED STATES DISTRICT COURT
## District of Minnesota

Gregory Voigt and Stephanie Voigt,

V.

Monarch Recovery Management, Inc.,
and Sam Mallory,

**JUDGMENT IN A CIVIL CASE**

Case Number:   12-CV-01082 ADM/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.** Upon the filing of the FRCP 68 Offer of Judgment on August 24, 2012 and Plaintiff's acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:
Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered against Defendants Monarch Recovery Management, Inc. and Sam Mallory in favor of Plaintiffs Gregory Voigt and Stephanie Voigt, in the amount of One Thousand Dollars  ($1,000.00).

|  |  |
|---|---|
| August 15, 2012 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/J. Zuech |
|  | (By)         J. Zuech,   Deputy Clerk |