≙AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Gregory Voigt and Stephanie Voigt,

        Plaintiff,

V.

Monarch Recovery Management, Inc., and Sam Mallory,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:   12-CV-01082 ADM/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
 judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party pursuant to a stipulation of dismissal of all parties.

October 26, 2012  
Date

RICHARD D. SLETTEN, CLERK

s/ J. Zuech  
(By)      J. Zuech    Deputy Clerk